**Kevin JAMISON, Plaintiff–Appellant,**

v.

**NFN WHITTLETON, Captain; NFN Walters, Officer; NFN Haywood, Sergeant; Evans Correctional Institution, Defendants–Appellees.**

No. 07–7206.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2008.

Decided: May 6, 2008.

Kevin Jamison, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Jamison appeals the district court's order denying his request for reimbursement of the filing fee paid for his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jamison v. Whittleton,* No. 9:06–cv03462–SB (D.S.C. July 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*